**Order entered October 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00036-CV

## LANDAMERICA COMMONWEALTH TITLE COMPANY, FIDELITY NATIONAL TITLE GROUP, INC., FIDELITY NATIONAL FINANCIAL, AND FIDELITY NATIONAL PROPERTY OR CASUALTY INSURANCE, Appellants

## V.

## MICHAEL WIDO, DONALD WARREN, CAROLYN SUE WARREN, STERLING TRUST COMPANY, CUSTODIAN FBO DONALD WARREN IRA, 56% OR $62,503.13, AND STERLING TRUST COMPANY, CUSTODIAN FBO CAROLYN SUE WARREN IRA 43.5% OR $48,121.87, Appellees

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-09-17536

# ORDER

Before the Court is (1) appellees' September 14, 2015 motion for rehearing; (2) appellants' September 29, 2015 motion for rehearing; and (3) appellants' October 13, 2015 response to appellees' motion for rehearing.

The Court **DENIES** appellees' September 14, 2015 motion for rehearing.

Also, the Court **DENIES** appellants' September 29, 215 motion for rehearing.

/s/      DOUGLAS S. LANG
         JUSTICE